IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                              No. 4:11CR00066 SWW

JESSE CARL DAVIS                                                                  DEFENDANT

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States motion for final order of forfeiture (Dkt. 33). On February 14, 2014, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following property:

    a.    One Dell Dimension 3000 desktop computer, Serial Number 4N3RC61, which contained one CD-RW titled "E" and one Western Digital Caviar 40 GB HDD IDE, Serial Number WCAMC1625146;

    b.    One Acer Aspire One Notebook computer, Serial Number LUS850Y0059200B01C2500, which contained one Western Digital Scorpio Blue 250 GB HDD SATA, Serial Number WXH209720172;

    c.    One Toshiba Satellite A105, Serial Number 27135714Q, which contained one Memorex DVD-R Untitled and one Western Digital Scorpio 120 GB SATA HDD, Serial Number WXE807828670; and

    d.    One Seagate Barracuda 160 GB IDE HDD, Serial Number 5RA04HRQB.

(collectively "property subject to forfeiture").

The United States published notice of this forfeiture and of the United States' intent to dispose of the property in accordance with the law and as specified in the Preliminary Order. *See* Notice of Publication (Dkt. 32). The United States posted its notice on the forfeiture website, internet address of www.forfeiture.gov for 30 consecutive days beginning on February 18, 2014 and ending on March 19, 2014. Further, the United States also notified all third parties of their right to petition the court within 30 days for a hearing to adjudicate the validity of their alleged legal interest

in the property. No one has filed a claim to the property subject to forfeiture, and the time for filing claims has expired.

Now the United States has petitioned the Court to enter a Final Order of Forfeiture, which will vest all right, title, and interest in the United States. The United States also asks that this Court authorize the United States Marshal or his designee to dispose of the property according to law.

It is hereby ordered that the property subject to forfeiture is forfeited to the United States. It is further ordered that all right, title, and interest in the property subject to forfeiture is hereby vested in the United States of America and shall be disposed of according to law. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS SO ORDERED this 1st day of May 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE